ROBERT C. NIESLEY, ESQ. (SBN 131373)
TODD W. BLISCHKE, ESQ. (SBN 204680)
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P
Citigroup Center
One Sansome Street, Suite 1050
San Francisco, California 94104
(415) 623-7000
Fax: (415) 623-7001

Attorneys for Plaintiff
TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARNTZ BUILDERS, a California partnership, KTD INVESTMENTS, an unknown business entity, K.A. CONSTRUCTION CO., a California Corporation, MONROE CONTRACTING CO., a California Corporation, TEACO, INC., a California Corporation,<br><br>Defendants. | CASE NO. C 06 7165 VRW<br>UNLIMITED CIVIL CASE<br><br>CHIEF JUDGE VAUGHN R. WALKER<br>COURTROOM 6, 17TH FLOOR<br><br>[PROPOSED] ORDER RE: TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA'S REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE<br><br>COMPLAINT FILED: November 17, 2006 |

On February 6, 2007, Plaintiff, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA requested that the Case Management Conference currently set for Tuesday, February 20, 2007, at 9:00 a.m. in Courtroom 6, 17th Floor, at 450 Golden Gate Avenue, San Francisco, California, be continued.

///

///

1

[PROPOSED] ORDER RE: TRAVELERS' APPLICATION FOR
CONTINUANCE OF CASE MANAGMENT CONFERENCE

1 | After considering the moving papers, declarations, and all other papers
2 | presented to this Court,
3 | IT IS HEREBY ORDERED that the Case Management Conference be
4 | continued to _April 24_, 2007, at 9:00 a.m. in Courtroom 6, 17th Floor,
5 | at 450 Golden Gate Avenue, San Francisco, California.
6 | **IT IS SO ORDERED.**
7 |
8 | Dated: 2/8/2007
9 | VAUGHN R. WALKER
   | UNITED STATES DISTRICT CHIEF JUDGE

#112454

2

[PROPOSED] ORDER RE: TRAVELERS' APPLICATION FOR
CONTINUANCE OF CASE MANAGMENT CONFERENCE