Robert C. Niesley, Esq. (SBN 131373)
Kirsten A. Roe, Esq. (SBN 222513)
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P
2040 Main Street, Suite 300
Irvine, California, 92614
Tel: (949) 852-6700
Fax: (949) 261-0771
rniesley@WTHF.com (E-mail)
kroe@WTHF.com (E-mail)

Attorneys for Plaintiff
Travelers Casualty and Surety Company of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARNTZ BUILDERS, a California partnership, KTD INVESTMENTS, an unknown business entity, K.A. CONSTRUCTION CO., a California Corporation, MONROE CONTRACTING CO., a California Corporation, TEACO, INC., a California Corporation,<br><br>Defendants. | Case No. C 06 7165 VRW<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff Travelers Casualty and Surety Company of America ("Plaintiff") and all Defendants Arntz Builders, a California partnership, KTD Investments, K.A. Construction Co., a California corporation, Monroe Contracting Co., a California corporation, and Teaco, Inc., a California corporation (collectively, "Defendants") (Plaintiff and Defendants may be collectively referred to herein as the "Parties"), have reached a settlement of the above-captioned case, which they have reduced to that certain written Settlement Agreement and Mutual Release ("Settlement Agreement").

## STIPULATION

Based on the terms of the Settlement Agreement, the Parties hereby stipulate to dismiss, with prejudice, the entire above-captioned action, as follows:

1. This action, <u>Travelers Casualty and Surety Company of America v. Arntz Builders, et al.</u>, Case No. C 06-7165, shall be dismissed in full, with prejudice, as to all parties, all Defendants, and all causes of action, counterclaims, defenses and affirmative defenses.

2. It is further hereby agreed by the Parties, and respectfully requested by them, that this Court retain jurisdiction of this matter solely in order to enforce the Settlement Agreement should it be requested by a motion brought by any of the Parties.

Pursuant to the terms above, it is so respectfully stipulated and requested by the parties:

Dated: ___4-20___, 2007        WATT, TIEDER, HOFFAR
                                                             & FITZGERALD, L.L.P.

                                                            By: ___/s/ Kirsten A. Roe___
                                                                 Robert C. Niesley, Esq.
                                                                 Kirsten A. Roe, Esq.
                                                                 Attorneys for Plaintiff Travelers Casualty and
                                                                 Surety Company of America

Dated: ___4-20___, 2007        ARNTZ BUILDERS, a California partnership

                                                            By: ___/s/ K. Allen Arntz___
                                                                 Name: ___K. Allen Arntz___
                                                                 Its: __Principal__
                                                                 Authorized Agent

Dated: ___4-20___, 2007        KTD INVESTMENTS

                                                            By: ___/s/ K. Allen Arntz___
                                                                 Name: __K. Allan Arntz___
                                                                 Its: __Principal__
                                                                 Authorized Agent

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: ____4-20____, 2007 | K.A. CONSTRUCTION CO., a California Corporation |
| 3 | | |
| 4 | | |
| 5 | | By: __/s/ K. Allen Arntz_____<br>Name: _K. Allen Arntz_____<br>Its: _President_____<br>Authorized Agent |
| 6 | | |
| 7 | | |
| 8 | Dated: ____4-20____, 2007 | MONROE CONTRACTING CO., a California Corporation |
| 9 | | |
| 10 | | |
| 11 | | By: __/s/ David M. Arntz_____<br>Name: _David M. Arntz_____<br>Its: _President_____<br>Authorized Agent |
| 12 | | |
| 13 | | |
| 14 | Dated: ____4-20____, 2007 | TEACO, INC., a California Corporation |
| 15 | | |
| 16 | | |
| 17 | | By: __/s/ Thomas E. Artnz_____<br>Name: Thomas E. Arntz_____<br>Its: _President_____<br>Authorized Agent |
| 18 | | |
| 25 | \\\ | |
| 26 | \\\ | |
| 27 | \\\ | |
| 28 | | |

3

STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE;
Case No. C 06 7165 VRW

**[~~PROPOSED~~] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**

The Court, having reviewed the Parties' Stipulation To Dismiss Entire Action With Prejudice, dated April 20, 2007, hereby dismisses the entire action, <u>Travelers Casualty and Surety Company of America v. Arntz Builders, et al.</u>, Case No. C 06-7165, in full, with prejudice, as to all parties, all Defendants, and all causes of action, counterclaims, defenses and affirmative defenses. The Court shall retain jurisdiction of this matter solely in order to enforce the Settlement Agreement entered into between the Parties should it be requested through a motion of any of the Parties.

IT IS SO ORDERED:

Dated: May 4, 2007

_____
Honorable Vaughn R. Walker
United States District Court Judge

---

4

STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE;
Case No. C 06 7165 VRW

# PROOF OF SERVICE
*Travelers Cas. & Surety Co. of America. v. Arntz Builders et al*
*USDC Northern District Case No. C 06 7165 VRW*

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: Watt, Tieder, Hoffar & Fitzgerald, L.L.P., 2040 Main Street, Suite 300, Irvine, California 92614.

I am readily familiar with the firm's practice for collection and processing correspondence for mailing, and, in the ordinary course of business, the correspondence would be deposited with the United States Postal Service on the day on which it is collected at the business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing stated in the proof of service.

On May 2, 2007, I served the foregoing documents described as **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** upon the other parties in this matter by placing a true copy thereof, enclosed in a sealed envelope, addressed to the following: as stated on the attached mailing list.

[X] (BY ELECTRONIC FILING) and

I served the parties listed below as follows:

[X] (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Irvine, California.

Arntz Builders
19 Pamaron Way
Novato, California 94949

KTD Investments
19 Pamaron Way
Novato, California 94949

K.A. Construction Co.
19 Pamaron Way
Novato, California 94949

Monroe Contracting Co.
19 Pamaron Way
Novato, California 94949

Teaco, Inc.
19 Pamaron Way
Novato, California 94949

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 2, 2007, at Irvine, California.

/s/ G. D. Bohl
G. D. Bohl

---

1

PROOF OF SERVICE  Case C06 7165 VRW